1   T.C. Johnston, LL.M. (SBN 188006)
    Attorney at Law
2   P.O. Box 40154
    San Diego, CA 92164-0154
3   619.446-6750 | fax 619.446-6756

4   Attorney for Plaintiff EXPRESS COMPANIES, Inc.

5   Mathieu G. Blackston (SBN 241540)
    PROCOPIO, CORY, HARGREAVES &
6   SAVITCH LLP
    525 B Street, Suite 2200
7   San Diego, California 92101
    Telephone: 619.238.1900
8   Facsimile: 619.235.0398

9   Attorneys for Defendants LIFEGUARD MEDICAL SOLUTIONS, LLC

10

11                     **UNITED STATES DISTRICT COURT**

12                    **SOUTHERN DISTRICT OF CALIFORNIA**

13
    EXPRESS COMPANIES, Inc., dba          **CASE NO**:  10 CV 0178 WQH WMc
14  AMERICAN EHS / AMERICAN CPR, dba
    FIRST-AID-PRODUCT.COM,
15  AEDGRANT.COM,                          **RULE 26(f) JOINT DISCOVERY PLAN**

16           Plaintiff,                    Judge:    Magistrate William McCurine Jr.
                                           Place:    940 Front St., San Diego CA 92101
17           v.
                                           Telephonic Case Management Conference:
18  LIFEGUARD MEDICAL SOLUTIONS,           February 2, 2011 – 4:30 p.m.
    LLC., dba LIFEGUARDMED.COM,
19  AEDSUPPLYSTORE.COM,

20           Defendants.

21

22

23

24

25

26

27

28

                                        1

# I.  DISCOVERY PLAN AND DEADLINES

1.      Pursuant to Fed.R.Civ.P. 26(f), a telephonic meeting was held on December 20, 2010, and was attended by:

T.C. Johnston, Esq., for plaintiff EXPRESS COMPANIES, Inc., dba AMERICAN EHS / AMERICAN CPR, dba FIRST-AID-PRODUCT.COM, AEDGRANT.COM.

Mathieu G. Blackston, Esq. for defendants LIFEGUARD MEDICAL SOLUTIONS, LLC., dba LIFEGUARDMED.COM, AEDSUPPLYSTORE.COM.

2.      **Pre-Discovery Disclosures**.  The parties will exchange by January 21, 2011, the information required by Fed.R.Civ.P. 26(a)(1), subject to a mutual stipulated protective order which the parties have agreed to enter into.

3.      **Discovery Plan**.  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:  Information and documentation regarding business marketing, promotion, and sales of each party; communications with customers and other outside parties; contractual agreements between the parties and third parties as relevant, copyrights, and other information related to this action.

All discovery commenced in time to be completed by October 1, 2011.

The Federal Rules limit interrogatories by each party to any other party to 25 with subparts.  The parties have agreed to stipulate to reasonable additional interrogatories should they be warranted.

The Federal Rules limit requests for admission by each party to any other party to 25.  The parties have agreed to stipulate to reasonable additional requests for admission should they be warranted.

The Federal Rules limit 10 depositions by plaintiff(s) and 10 by defendant(s).  The parties have agreed to stipulate to reasonable additional depositions should they be warranted.      Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due: August 1, 2011.

Supplementations under Rule 26(e) due in 90-day intervals from initial date of disclosure.

2

1         **4.**    **Other Items**.

2         The parties do not request a conference with the court before entry of the scheduling

3    order.

4         The parties request a pretrial conference in October of 2011.

5         Plaintiff(s) should be allowed until July 1, 2011 to join additional parties and to amend

6    the pleadings.

7         Defendant(s) should be allowed until July 1, 2011 to join additional parties and to amend

8    the pleadings.

9         All potentially dispositive motions should be filed by September 1, 2011.

10        Settlement cannot be evaluated prior to further discovery.  Settlement may be enhanced

11   by use of alternative dispute resolution procedures including Settlement Conferences before

12   Magistrate Judge William McCurine, Jr., and other means.

13        Final lists of witnesses and exhibits under Rule 26(a)(3) should be due: October 1, 2011.

14        Parties should have 14 days after service of final lists of witnesses and exhibits to list

15   objections under Rule 26(a)(3).

16        The case should be ready for trial by November 1, 2011.  At this time Plaintiff and

17   Defendant estimate this trial will take three to five days.

18   **II. ELECTRONIC DISCOVERY**

19        The parties agree that to the extent another party requests documents or information that

20   is normally maintained in electronic form (e.g., communications in the form of e-mail or

21   electronic files of documents), the responding party will search and produce an electronic file in

22   PDF or other mutually agreeable format; production of electronic documents in their native

23   format is not required as an initial matter.  The parties have agreed that subsequent to an initial

24   production the receiving party may make reasonable requests for the production of one or more

25   documents in a native electronic format, and in the event of such a request the parties will

26   cooperate to arrange for acceptable means and timing of such further disclosure.  In the event of a

27   dispute regarding electronic discovery matters, the parties agree to meet and confer regarding

28   such matters, with a view towards resolving such matters without involving the Court.

3

The parties further agree that the production of paper documents will be formatted as one PDF document with Adobe electronic bookmarks or as separate individual PDF files unitized on a document level so that hyperlinks contained within the PDF document can be used to jump to specific pages.  Under no circumstances, shall image files be produced, whether converted ESI or imaged paper documents, as single page image files unless accompanied with an appropriate image load file in a format agreed upon by the parties.  All productions will be produced on an appropriate electronic media and will contain the load files as requested by the receiving party. Plaintiff will bates stamp all produced documents sequentially beginning with EXP1.  Defendant will bates stamp all produced documents sequentially beginning with LMS1.

### III.  WITNESSES FOR PLAINTIFF

(Who Are Likely to Have Discoverable Information)

**SUBJECTS OF INFORMATION**.  As to all witnesses: Information regarding communications by, with, and among parties in relation to this action including third parties such as Philips, customers of Express, and Lifeguard Medical, as related to this action.

**INDIVIDUAL WITNESSES**.

Harvard Reynolds - Lifeguard Medical Solutions, LLC

Chet Frist –  Lifeguard Medical Solutions, LLC

Shirley Cantrell  –  Lifeguard Medical Solutions, LLC

Matthew Henry – Express Companies, Inc. 760-944-1048

Chad Balash – Express Companies, Inc. 760-944-1048

Terri Arrington – Express Companies, Inc. 760-944-1048

Gloria Bartlett – Express Companies, Inc. 760-944-1048

Joany Smith – formerly of Express Companies, Inc. 404-276-1854

Jessica Dennis Macintosh –   formerly of Express Companies, Inc. 760-672-1838

Tawnya Lindsay - formerly of Express Companies, Inc. 760-944-1048

Thea Zahner - formerly of Express Companies, Inc. 760-944-1048

Mark Johnson - Philips

Tom Doyle - Philips (619) 694-9297

1     Princess Umbao - Philips

2     Phillip Landis - Surgequip Systems

3     Channel Manager for Texas - Philips

4     Philips Medical PMK for Canadian Sales (Name unknown)

5     PMK for NewHouse Medical

6     Lon Rosen -    "One Beat" CPR, 3801 S.W. 47th Ave, Suite 505, Fort Lauderdale, FL 33314;

7                   954-321-5305; 866-931-2328; onebeatcpr.com

8          Other witnesses may include customers of EXPRESS including the following, as well as

9     others who will be identified if and when their information is located:

| # | Name | City | State | Zip |
|----|------|------|-------|-----|
| 10 | Alberto Villarreal | Hidalgo | TX | 78557 |
| 11 | Tammy Wahl | Binghamton | NY | 13905 |
| 12 | Valvaneea Harville | Woodland | AL | 36280 |
| 13 | Geoff Pettinger | Pecos | TX | 79772 |
| 14 | Craig | New York | NY | 10013 |
| 15 | Barbara T. Austin | Batavia | NY | 14020 |
| 16 | Greg Dibble | Lacey | WA | 98516 |
| 17 | Karon A. Claussen | Knoxville | TN | 37901 |
| 18 | Shirley Berry | Norwalk | OH | 44857 |
| 19 | Alberto Villarreal | Hidalgo | TX | 78557 |
| 20 | Julie Milner | Andover | MA | 1810 |
| 21 | Jessica McConnell | Fuquay Varina | NC | 27526 |
| 22 | Timothy Janz | Punta Gorda | FL | 33950 |
| 23 | Paul B. Colwell | Kansas City | KS | 66106 |
| 24 | Denise Bursey | Pittsburgh | PA | 15213 |
| 25 | Sam Velez | Little Rock | AR | 72211 |
| 26 | Gina Hindbaugh | Cynthiana | KY | 41031 |
| 27 | Jeffery Turner | Colorado Springs | CO | 80922 |
| 28 | Michele Lind | Ann Arbor | MI | 48106 |

5

| | | | |
|---|---|---|---|
| 1 | S.D. Abington | Abington | PA | 19001 |
| 2 | Cheryll Rittenhouse | Encinitas | CA | 92024 |
| 3 | Daniel Cullen | Lynbrook | NY | 11563 |
| 4 | Joseph Dingman | Barrow | AK | 99723 |
| 5 | Thurnell Outlaw | Washington | DC | 20011 |
| 6 | Eileen Larocca | Kingston | NY | 12401 |
| 7 | Frank Henry | Hamburg | NY | 14075 |
| 8 | John Gisclon | Ashland | OR | 97520 |
| 9 | Sue Wilson | Edmondton | AB | T5J4J5 |
| 10 | Teresa Muffoletto | Ojo Caliente | NM | 87549 |
| 11 | Ray Claveran | LaGrange | CA | 95329 |
| 12 | Ronald Byrne | Vail | CO | 81657 |
| 13 | Issack Atkins | Nashville | TN | 37217 |
| 14 | Frank Henry | Hamburg | NY | 14075 |
| 15 | David Ybarra | walnut creek | CA | 94597 |
| 16 | B. Leighann | Tampa | FL | 33612 |
| 17 | Jeffrey Slessor | Dearborn Heights | MI | 48125 |
| 18 | MJ Stacks | East Lansing | MI | 48823 |
| 19 | Suzanne Arnold | Everman | TX | 76140 |
| 20 | P. Wiley | Berryville | VA | 22611 |
| 21 | Woody Crawshaw Jr. | Marion | KS | 66861-1659 |
| 22 | Dan Fleury | Santa Barbara | CA | 93101 |
| 23 | Nancy Ory | Arlington | VA | 22201 |
| 24 | Kent Miller | Provo | UT | 84604 |
| 25 | Aubrie West | SLC | UT | 84123 |
| 26 | Ray Claveran | LaGrange | CA | 95329 |
| 27 | Evelyn Ifkovitz | Newtown | PA | 18940 |
| 28 | Tracy Baer | St Charles | IL | 60175 |

6

| | | | |
|---|---|---|---|
| 1 | Marga Morrison | Warren | PA | 16365 |
| 2 | David Beisiegel | Lindon | WA | 98264 |
| 3 | Anne Shaughnessy | Axtell | KS | 66403 |
| 4 | Julie Rother | Wayne | NE | 68787 |
| 5 | Michael Margolis | New York | NY | 10021 |
| 6 | Brian Bluhm | St. Cloud | MN | 56303 |
| 7 | Meredith A. Martin | Forked River | NJ | 8731 |
| 8 | Bart Maybee | Wailuku | HI | 96793 |
| 9 | Mike Riotto | Somerset | NJ | 8873 |
| 10 | Stephanie Bruno | Loganville | GA | 30052 |
| 11 | Gary Lines | Glendale | AZ | 85308 |
| 12 | David Smith | Paducah | KY | 42003 |
| 13 | H. Cellio | Durham | NC | 27705 |
| 14 | Donna Earley | Laramie | WY | 82071 |
| 15 | Mike Juliano | Queensbury | NY | 12804 |
| 16 | David W. Savage | Pullman | | 99163 |
| 17 | Mike Juliano | Queensbury | NY | 12804 |
| 18 | Ronald Stauffer | Willow Street | PA | 17584 |
| 19 | Melissa McNeely | Latrobe | PA | 15650 |
| 20 | Cynthia Grenninger | Lock Haven | PA | 17745 |
| 21 | Mike Krager | Arcadia | KS | 66711 |
| 22 | Frank Gonzalez | Mission | TX | 78572 |
| 23 | Alex McCutcheon | Seattle | WA | 98125 |
| 24 | Katie Fine | Robbinsville | NJ | 8691 |
| 25 | Ed Ferrell | Murietta | CA | 92562 |
| 26 | James Wilson | Tulsa | OK | 74107 |
| 27 | Ryan Sumida | Aiea | HI | 96701 |
| 28 | Sheriff Bill Flaten | Granite Falls | MN | 56241 |

7

| | | | | |
|---|---|---|---|---|
| 1 | Lori Manning | Baton Rouge | LA | 70818 |
| 2 | Janet Ramey | Oak Forest | IL | 60452 |
| 3 | Rachel Steele | Vandalia | IL | 62471 |
| 4 | Wayne Richardson | Washington | DC | 20006 |
| 5 | Kent Miller | Provo | UT | 84604 |
| 6 | Mildred Pickman | Boca Raton | FL | 33496 |
| 7 | Harry Colvin | Rural Hall | NC | 27045 |
| 8 | Robin Stevens | Schuyler | NE | 68661 |
| 9 | Michele Neto | Lakewood | NJ | 8701 |
| 10 | Leahnette Rivers | Columbia City | OR | 97018 |
| 11 | Cheryl A. Young | Columbia City | OR | 97018 |
| 12 | Michael L. Reedy | Columbia City | OR | 97018 |
| 13 | Linda Saulsbury | Fremont | CA | 94555 |
| 14 | Tracy Morin | Ft. Collins | CO | 80525 |
| 15 | Matt Rhoades | Idaho Falls | ID | 83402 |
| 16 | Marc Garcia | Ft. Collins | CO | 80525 |
| 17 | Izzi Rodriguez | Post Falls | ID | 83835 |
| 18 | Matt Carleton | Idaho Falls | ID | 83402 |
| 19 | N. Bhagat | Alexandria | VA | 22312 |
| 20 | Marty Smith | APO | AE | 9046 |
| 21 | John Handy | Big Sur | CA | 93920 |
| 22 | Linda Saulsbury | Fremont | CA | 94555 |
| 23 | Russ Engle | Essington | PA | 19029 |
| 24 | Michele Neto | Lakewood | NJ | 8701 |
| 25 | Timothy Moore | Cambridge, | MA | 2139 |
| 26 | Bogdan Nowakowski | Gonzales | LA | 70737 |
| 27 | Jonathan Mittel | East Stroudsgurg | PA | 18301 |
| 28 | Donna McCleskey | Wauchula | FL | 33873 |

| | | | |
|---|---|---|---|
| 1 | Bill Henderson | Austin | TX | 78731 |
| 2 | Paul Watkins | Archbold | OH | 43502 |
| 3 | Michelle F. Gross | Minneapolis | MN | 55405 |
| 4 | Louis Sims | Yellow Springs | OH | 45387-1313 |
| 5 | Sallie Ziskin | North Branford | CT | 6471 |
| 6 | Sharon Berry | Lenoir | NC | 28645 |
| 7 | James Hill | Clinton | SC | 29325 |
| 8 | Susan Hailey | San Antonio | TX | 78228 |
| 9 | Brian Anderson | Long Lake | MN | 55356 |
| 10 | Andrea Moeller | Terre Haute | IN | 47807 |
| 11 | Clover McDonald | Bronx | NY | 10466 |
| 12 | Scott S. Hobbs | Griffith | IN | 46319 |
| 13 | Gloria Mollet | Sioux City | IA | 51101 |
| 14 | Larry Friedman | Oceanside | NY | 11572 |
| 15 | Robert Wells | Bladensburg | MD | 20710 |
| 16 | Gloria Castro | Miami | FL | 33142 |
| 17 | Natalie Ralphs | Alexandria | VA | 22314 |
| 18 | Kim Osmun | Coeur d Alene | ID | 83815 |
| 19 | Larry Lester | Delvan | WI | 53115 |
| 20 | Anne Schwartzman | Saratoga Springs | NY | 12866 |
| 21 | Joe Shrode | Newburgh | IN | 47630 |
| 22 | Bruce Harding | Alexandria | VA | 22315 |
| 23 | Kimo Toyama | Aiea | HI | 96701 |
| 24 | Heather Hancock | Olympia | WA | 98506 |
| 25 | James Hill | Clinton | SC | 29325 |
| 26 | Karen Ziebell | Sheboygan | WI | 53081 |
| 27 | Karla Curran | North Las Vegas | NV | 89084 |
| 28 | Vicki S. Mossman | Greenley | CO | 80639 |

9

| | | | |
|---|---|---|---|
| 1 | George Cummings | Neptune | NJ | 7753 |
| 2 | Susan Riehnam | White City | OR | 97503 |
| 3 | Linda Meissner | Newton | NH | 3858 |
| 4 | Kathy Amick | Penn Runn | PA | 15765 |
| 5 | Pat Carlson | Rochester | MN | 55904 |
| 6 | Bruce Morris | Prospect Heights | IL | 60070 |
| 7 | Jane Mathisen | Tinton Falls | NJ | 7724 |
| 8 | Ann G. McCormack | Collierville | TN | 38017 |
| 9 | Gail Wilkinson | Carlinville | IL | 62626 |
| 10 | William Hill | Orlando | FL | 32804 |
| 11 | Dawn Brown | Lansing | MI | 48917 |
| 12 | Jody Gallagher | Clay Center | NE | 68933 |
| 13 | Diana Aubuchon | Lenexa | KS | 66219 |
| 14 | Diane Flynn | Katy | TX | 77449 |
| 15 | Anne Novelli | Malvern | PA | 19355 |
| 16 | Brian DeRosier | Oak Park Heights | MN | 55082 |
| 17 | Melanie Cielinski | Glenrock | WY | 82637 |
| 18 | John Moenning | Boca Grande | FL | 33921 |
| 19 | Clova Abrahams | Maplewood | NJ | 7040 |
| 20 | Dee Bartle | Jacksonville | FL | 32225 |
| 21 | Diane Dover | Brooklyn | MI | 49230 |
| 22 | Shawn McClintock | Newton Hamilton | PA | 17075 |
| 23 | Marga Morrison | Warren | PA | 16365 |
| 24 | Olieta Davidson | Greenfield | IL | 62044 |
| 25 | Ken Hopkins | Sultan | WA | 98294 |
| 26 | Gay Pierce | Florence | SC | 29501 |
| 27 | R.W. Schmidt, FC | Rotonda West | FL | 33947 |
| 28 | Gene Reardon | Alken | SC | 29803 |

| | | | |
|---|---|---|---|
| Starla Alexander | Eufauia | AL | 36027 |
| Mary Delamater | Charlevoix | MI | 49720 |
| Jacqueline A. Parker | Chevy Chase | MD | 20815 |
| Sue Bockrath | Lansing | MI | 48911 |
| Deborah Dunn | Tewksbury | MA | 1876 |
| Ann Bent | Lake Worth | FL | 33461 |
| David Behrens | Lanoka Harbor | NJ | 8734 |
| Laurie Garrison / Betty Surman | Marion | TX | 78124 |
| Justin Heim | Eagle | WI | 53119 |
| Robert Fairbairn | Winfield | IL | 60190 |
| Colleen Gibson | Yuba City | CA | 95991 |
| Chad W. Hershberger | Mifflinburg | PA | 17844 |
| Cynthia Johnson | Endwell | NY | 13760 |
| Joanna Anderson | Bloomington | IN | 47401 |
| Helen Adewunmi | Raleigh | NC | 27609 |
| David Thoroughman | Portsmouth | OH | 45662 |
| Gloria Mollet | Sioux City | IA | 51101 |
| Peg Fowler | Lamar | CO | 81052 |
| Gloria Mollet | Sioux City | IA | 51101 |
| Jennifer Dennis | Tucson | AZ | 85712 |
| Ben Ablon | Sunrise Beach | TX | 78643 |
| Donna Morgan | Corona | CA | 92879 |

Additional witnesses may be identified in the future if and when their information is located.

///

///

11

## IV. WITNESSES FOR DEFENDANT

As an initial matter, Defendant objects to Plaintiff's failure to identify the subject matter of witness testimony as required by the Court's December 13, 2010 order.  Furthermore the number of witnesses identified by Plaintiff appears to be an attempt at obfuscation given the agreed upon three-to-five day length of trial and the limited issues in dispute.  Plaintiff's identification of more than 200 witnesses, without providing any substantive description as to the subject matter of their respective testimony, poses the danger of unnecessarily increasing the costs of litigation as Defendant has no bases upon which to determine whether the third-party witnesses identified by Plaintiff should be deposed or issued written discovery.  Defendant therefore requests that the Court order Plaintiff to provide the subject matter of the identified witnesses testimony/information as required by the Court's December 13, 2010 order and by Federal Rule of Civil Procedure Rule 26(a)(1)(A).

Defendant submits the following list of witnesses likely to have discoverable information that Defendant may use to support its claims or defenses.  Defendant anticipates that other individuals may also have discoverable information and specifically reserves the right to identify additional witnesses as discovery proceeds.  By indicating the general subject matter of information these individuals may possess, Defendant does not intend to limit its right to call any individuals listed to testify concerning other subjects.

| Name and Contact Information | Potential Subject Matter of Testimony |
|---|---|
| Chet Frist<br>Lifeguard Medical Solutions, LLC<br>821 Fesslers Parkway<br>Nashville, Tennessee 37210<br>Tel: 615.256.1818 | Includes Defendant's operations, customer service, CPR training services, invoicing, and purchase orders, as well as Defendant's business relationship with Prestan Products and Philips Healthcare. |
| Harvard Reynolds<br>Lifeguard Medical Solutions, LLC<br>821 Fesslers Parkway<br>Nashville, Tennessee 37210<br>Tel: 615.256.1818 | Includes Defendant's sales and business development, negotiations with Plaintiff, medical direction services, and Defendant's use of E-bay stores. |
|  |  |

| Name and Contact Information | Potential Subject Matter of Testimony |
|---|---|
| Shirley Cantrell<br>Lifeguard Medical Solutions, LLC<br>821 Fesslers Parkway<br>Nashville, Tennessee 37210<br>Tel: 615.256.1818 | Includes Defendant's accounts receivable, billings, and payments received |
| Chad Breedlove<br>Lifeguard Medical Solutions, LLC<br>821 Fesslers Parkway<br>Nashville, Tennessee 37210<br>Tel: 615.256.1818 | Includes CPR training provided by Defendant. |
| Brian Marks<br>Philips Healthcare<br>325 Beaten Path Rd<br>Mooresville NC 28117<br>Tel:  704-799-3417 | Includes Philips Healthcare's business dealings with Defendant and Plaintiff. |
| Mark Johnson<br>Philips Healthcare<br>3750 Brookside Parkway, Suite 250<br>Alpharetta, GA  30022<br>Tel:  877-481-8348 | Includes Philips Healthcare's business dealings with Defendant and Plaintiff. |
| Dan Moon<br>Prestan Products<br>701 Beta Drive, Suite 2<br>Mayfield Village OH 44134<br>Tel:  800-434-7989 | Includes Prestan Products business dealings with Defendant and Plaintiff. |
| Jessica McIntosh<br>Couer d' Alene, Idaho | Includes course of business dealings, business negotiations, and agreements between Defendant and Plaintiff, as well as purchase orders sent by Plaintiff to Defendant. |
| Joany Smith<br>Atlanta, Georgia | Includes course of business dealings between Defendant and Plaintiff, as well as purchase orders sent by Plaintiff to Defendant. |
| Brandon Taylor<br>CPR Savers and First Aid Supply and formerly of AmericanCPR<br>7904 E. Chaparral Road<br>Suite A110-242<br>Scottsdale, Arizona 85250<br>Tel: 800.480.1277 | Includes sale and distributorship of Prestan Product's manikins, the course of business dealings between Plaintiff and Defendant, and Plaintiff's course of business dealings. |
| Matthew Henry<br>Express Companies, Inc. | Includes course of business dealings, business negotiations, and agreements between Defendant and Plaintiff, payments owed by Plaintiff to Defendant for goods received, as well as purchase orders sent by Plaintiff to Defendant. |

13

| Name and Contact Information | Potential Subject Matter of Testimony |
|---|---|
| Person Most Knowledgeable for One Beat CPR<br>3801 S.W. 47th Ave, Suite 505<br>Fort Lauderdale, FL 33314<br>Tel: 954.321.5305 | Includes the circumstances surrounding Plaintiff's allegation that Philips Healthcare instructed One Beat CPR to not ship Philips' products sold by Plaintiff. |

Dated: January 14, 2011           _/s/ T.C. Johnston_____
                                  T.C. Johnston, Esq.
                                  Attorney for plaintiff EXPRESS COMPANIES,
                                  Inc., dba AMERICAN EHS / AMERICAN CPR,
                                  dba FIRST-AID-PRODUCT.COM,
                                  AEDGRANT.COM


Dated: January 18, 2011           _/s/ Mathieu G. Blackston_____
                                  Mathieu G. Blackston, Esq.
                                  Attorneys for defendants LIFEGUARD MEDICAL
                                  SOLUTIONS, LLC., dba LIFEGUARDMED.COM,
                                  AEDSUPPLYSTORE.COM